PROPST CONSTRUCTION CO. v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

No. 291PA82

(Filed 3 November 1982)

**Highways and Cartways § 9— action on completed highway construction contract —trial by judge without jury**

   The Court of Appeals erred in remanding for trial by jury a case concerning a completed contract for the construction of a state highway, since under G.S. 136-29(c) such an action is to be tried by a judge without a jury.

ON discretionary review of the decision of the Court of Appeals, 56 N.C. App. 759, 290 S.E. 2d 387 (1982), reversing summary judgment for defendant entered by *Wood, J.*, at the 21 April 1981 Session of Superior Court, MONTGOMERY County.

*Kluttz, Hamlin, Reamer, Blankenship & Kluttz, by Clarence Kluttz and Malcolm B. Blankenship, Jr., for plaintiff appellee.*

*Rufus L. Edmisten, Attorney General, by Blackwell M. Brogden, Jr., Assistant Attorney General, for defendant appellant.*

PER CURIAM.

The Court of Appeals erred in remanding this case for trial by jury. Under N.C.G.S. 136-29(c), any controversy concerning a completed contract for the construction of a state highway is to be tried by a judge without a jury. Therefore, the opinion of the Court of Appeals is modified to the extent that the controversy is remanded for trial by a judge sitting as the finder of fact. Except as modified herein, the opinion of the Court of Appeals is affirmed and adopted by this Court.

Modified and affirmed.